# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In Re:  **James Joseph Bowersock**                                  **CASE NO. 11-30314-KRH**
       **Ginger Huffman Bowersock**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtors on <u>**January 18, 2011**</u>, replaces all previously filed plans if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1)  the Plan as filed or modified is CONFIRMED.

(2)  Upon entry of this order, all property of the estate shall revest in the Debtors. Notwithstanding such revesting, the Debtors shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3)  All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtors or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtors at their address of record.

(4)  Other provisions:

Dated:  Jun 30 2011                              /s/ Kevin R. Huennekens
                                                _____
                                                United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Carl M. Bates
_____
Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN: #27815

                                                NOTICE OF JUDGMENT OR ORDER
                                                Entered on Docket  Jun 30 2011

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 11-30314-KRH
James Joseph Bowersock                                                           Chapter 13
Ginger Huffman Bowersock
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc           Page 1 of 1          Date Rcvd: Jun 30, 2011
                             Form ID: pdforder        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
db/jdb        +James Joseph Bowersock,   Ginger Huffman Bowersock,   405 Goodes Ferry Road,
               South Hill, VA 23970-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                    **Signature:**      *Joseph Speetjens*